AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

ORIGINAL

Kevin E. Jamison
_____
Plaintiff

V.

_____
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, Kevin Edward Jamison, declare that I am the (check appropriate box)

• • Petitioner (Plaintiff) Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
JUN 30 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

B scanned

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   • (Yes)   • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration  Vaughn Correctional Center

   **Inmate Identification Number (Required):** 00250217

   Are you employed at the institution? No  Do you receive any payment from the institution? No

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?   • • Yes   • (No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • | ✓ No |
   | b. | Rent payments, interest or dividends | • • | ✓ No |
   | c. | Pensions, annuities or life insurance payments | • • | ✓ No |
   | d. | Disability or workers compensation payments | • • | ✓ No |
   | e. | Gifts or inheritances | • • | ✓ No |
   | f. | Any other sources  My Mother | ✓ Yes | • • |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive. Nothing she's out of work.

Page(s) Continued

(2b) My last job ended 12/02/07, I was recieving $36.00 a month at the first of every month. I was employed at Vaughn Correctional Center, 1181 Paddock Rd. Smyrna, DE. 19977

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?　　• • Yes　　• ✓ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?　　• • Yes　　• ✓ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   T.     S.     — daughter — Nothing right now
   J.     S.     — son —         "        "     "
   K.     J.     — daughter —    "        "     "
   K.     J.     — daughter —    "        "     "

   I declare under penalty of perjury that the above information is true and correct.

   6/25/08                    Kevin Edward Jamison
   DATE                       SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

DELAWARE CORRECTIONAL CENTER
INMATE REQUEST FOR CERTIFIED TRUST FUND
ACCOUNT STATEMENT OF PRIOR SIX-MONTH PERIOD

TO: Mrs. Tonya Smith
Support Services Manager
Delaware Correctional Center
Smyrna, Delaware 19977

DATE: 6/25, 08

FROM: Kevin Edward Jamison      250217
Inmate Name (Please Print Name)      SBI #

--- I HEREBY CERTIFY ---

Pursuant to the Prison Litigation Reform Act, 28 U.S.C. 1915 (a)(2), Effective April 26, 1996, I am requesting a certified Statement of my Institution Trust Fund Account for the previous six-month period. Please forward same to me.

*Kevin Edward Jamison*
Signature

(28 U.S.C. 1746 and 18 U.S.C. 1621)

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
### MEMORANDUM

08-395

TO: _Kevin Jamison_  SBI#: _250217_

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: _June 23, 2008_

---

Attached are copies of your inmate account statement for the months of _December 1, 2007_ to _May 31, 2008_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | 6.79 |
| Jan | 20.72 |
| Feb | 7.81 |
| March | 10.47 |
| April | 18.72 |
| May | 2.76 |

Average daily balances/6 months: _11.21_

Attachments
CC: File

_Stacy Shane_
6/23/08

**Individual Statement**
**From December 2007 to May 2008**

Date Printed: 6/23/2008 | | | | | | Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | | | |
|---|---|---|---|---|---|---|---|
| 00250217 | Jamison | Kevin | | | Beginning Month Balance: | | $0.35 |
| Current Location: | 23 | | Comments: | | Ending Month Balance: | | $0.05 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Wage-1099 | 12/4/2007 | $38.40 | $0.00 | $0.00 | $38.75 | 523112 | | | |
| Canteen | 12/6/2007 | ($19.91) | $0.00 | $0.00 | $18.84 | 524374 | | | |
| Canteen | 12/13/2007 | ($18.83) | $0.00 | $0.00 | $0.01 | 527407 | | | |
| Wage-1099 | 1/2/2008 | $15.66 | $0.00 | $0.00 | $15.67 | 534205 | | | |
| Canteen | 1/3/2008 | ($15.26) | $0.00 | $0.00 | $0.41 | 536695 | | | |
| Mail | 1/14/2008 | $20.00 | $0.00 | $0.00 | $20.41 | 542174 | 57435360574 | D BLDG 10/24-11/23/ | ! PAPANICALAR |
| Mail | 1/15/2008 | $25.00 | $0.00 | $0.00 | $45.41 | 542570 | 9255013030 | | C COKER |
| Canteen | 1/24/2008 | ($19.97) | $0.00 | $0.00 | $25.44 | 546737 | | | |
| Canteen | 1/31/2008 | ($10.51) | $0.00 | $0.00 | $14.93 | 549378 | | | |
| Canteen | 2/7/2008 | ($14.81) | $0.00 | $0.00 | $0.12 | 553543 | | | |
| Medical | 2/8/2008 | $0.00 | ($4.00) | $0.00 | $0.12 | 554027 | | 1/21/08 | |
| Medical | 2/8/2008 | ($0.12) | ($3.88) | $0.00 | $0.00 | 554122 | | 1/21/08 | |
| Mail | 2/13/2008 | $20.00 | $0.00 | $0.00 | $20.00 | 555689 | 57420159698 | D/E BLDG 11/24-12/2 | D PAPANICOLAS |
| Medical | 2/15/2008 | ($3.88) | $0.00 | $0.00 | $16.12 | 557235 | | | |
| Canteen | 2/21/2008 | ($16.10) | $0.00 | $0.00 | $0.02 | 559887 | | | |
| Mail | 3/13/2008 | $20.00 | $0.00 | $0.00 | $20.02 | 569802 | 57420168641 | | DONNA P |
| Mail | 3/18/2008 | $20.00 | $0.00 | $0.00 | $40.02 | 571326 | 05515566746 | | C CROSBY |
| Canteen | 3/20/2008 | ($19.68) | $0.00 | $0.00 | $20.34 | 573483 | | | |
| Canteen | 3/27/2008 | ($19.98) | $0.00 | $0.00 | $0.36 | 576043 | | | |
| Mail | 4/9/2008 | $20.00 | $0.00 | $0.00 | $20.36 | 584321 | 0699322293 | | C COKER |
| Mail | 4/10/2008 | $20.00 | $0.00 | $0.00 | $40.36 | 584781 | 57353227536 | | D MORRIS |
| Canteen | 4/17/2008 | ($19.99) | $0.00 | $0.00 | $20.37 | 587364 | | | |
| Canteen | 4/24/2008 | ($18.52) | $0.00 | $0.00 | $1.85 | 591524 | | | |
| Mail | 4/25/2008 | $20.00 | $0.00 | $0.00 | $21.85 | 592223 | 51046344756 | | JOHNSON |
| Canteen | 4/30/2008 | ($19.61) | $0.00 | $0.00 | $2.24 | 595026 | | | |
| Mail | 5/6/2008 | $25.00 | $0.00 | $0.00 | $27.24 | 598547 | 12167863075 | | UNK |
| Canteen | 5/8/2008 | ($24.52) | $0.00 | $0.00 | $2.72 | 600335 | | | |
| Canteen | 5/15/2008 | ($2.67) | $0.00 | $0.00 | $0.05 | 603676 | | | |

# Individual Statement
## From December 2007 to May 2008

Date Printed: 6/23/2008    Page 2 of 2

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00250217 | Jamison | Kevin | | | Beginning Month Balance: | $0.35 |
| Current Location: | 23 | | Comments: | | Ending Month Balance: | $0.05 |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|

Ending Month Balance: $0.05

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Legal Hold: $0.00
Total Amount Currently on Restitution Hold: $0.00
Total Amount Currently on Other Hold: ($2.83)