

(Rev. 5/05)

# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

(1) __Kevin E. Jamison      250-217__
    (Name of Plaintiff)    (Inmate Number)

__1181 Paddock Rd. Smyrna, DE. 19977__
    (Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

    (Case Number)
    (to be assigned by U.S. District Court)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(') __Warden Phelps (Defendant)__

(1) __Ronnie Moore__

(2) __Tracy Wilkins__

(3) __Correctional Medical Services__
    (Names of Defendants)

**CIVIL COMPLAINT**

✓ Jury Trial Requested

FILED
JUN 30 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DO Scaning

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

## I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__None__

Page (1) Continued

(Defendant)

Kevin E Jamison 250217
(Plaintiff)

vs.

(4) Lisa Dangelo Sugar

(5) Louise Desrosiers

(6) Mehdy Zarandy

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  • (Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  • •Yes •✓No

C. If your answer to "B" is Yes:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to "B" is No, explain why not: _I have been denied due process, by grievance board to avoid/delay my filing._

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: __Ronnie Moore__
Employed as _(CMS) Administrator_ at _V.C.C._
Mailing address with zip code: _1181 Paddock Rd. Smyrna, DE. 19977_

(2) Name of second defendant: __Tracy Wilkins__
Employed as _Regional Ombudsman_ at _Delaware Regional Office_
Mailing address with zip code: _1201 College Park Drive Suite 101 Dover, DE. 19904_

(3) Name of third defendant: __Correctional Medical Service__
Employed as _Medical Provider_ at _V.C.C._
Mailing address with zip code: _Delaware Regional Office 1201 College Park Drive Suite 101 Dover, DE. 19904_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

Page (2) Continued

(4) Lisa Dangelo Sugar
Employed as Doctor at V.C.C.
Mailing Address: 1181 Paddock Rd. Smyrna, DE. 19977

(5) Louise Desrosiers
Employed as Doctor at V.C.C
Mailing Address: 1181 Paddock Rd. Smyrna, DE. 19977

(6) Mehdy Zarandy
Employed as Doctor at V.C.C.
Mailing Address: 1181 Paddock Rd. Smyrna, DE. 19977

Add On
(7) (Warden) Phelps
Employed as Warden at V.C.C
Mailing Address: 1181 Paddock Rd. Smyrna, DE. 19977

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. I contacted Ronnie Moore concerning my problems, that I was having concerning my medication. I explained that I was in severe pain, because of a spinal injury and a hernia. He gave me his word that he would help me get the proper medication. (He did nothing)

2. I submitted a grievance complaining about the delayed process, requesting a 3rd tier hearing. Instead, Tracy Wilkins showed up, promising that she would personally make sure that my complaints were taken care of. (Never recieved any pain meds) suffered after surgery.

3. From 2006 - 2008 off + on I suffered, because the Medical Providers here at V.C.C. neglected to take my medical conditions serious. After countless pleas for some assistance and numerous grievances, I'm still being denied the appropriate treatment.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want the Court to award me monetary damages for: Medical Negligence, Pain and Suffering, and cruel and ~~____~~ unusual punishment. I'm asking for $1,000,000

3

(4),(5),(6) I've seen Dr. Lisa Dangelo Sugar, Dr. Louise Desrosiers, and Dr. Mehdy Zarandy with no resolve. They've all refused me the medication I need for pain, before and after surgery. They've all viewed my medical file, and concur that both of my injuries are valid. After surgery on 5/29/08 I was rushed to the emergency room, (I asked) but no one knows why. After being returned to V.C.C on 5/30/08, the pain was severe and again I was sent to the emergency room on 5/31/08. 6/10/08 I was released from the infirmary, and returned to my housing unit. As of 6/10/08 again my pain meds were cut off, even after complaining of severe pain. I followed procedure and put in a sick-call slip, when I seen Dr. Desrosiers at the appointment she refused to renew my pain meds.

(7) The Warden's only response is that he has no control over medical.

2. _I ask that the Court order a thorough investigation, into the medical treatment or the lack thereof of the Correctional Medical Services staff. (This is the head of the problem)_

3. _I would like to ask that the court order Correctional Medical Services, to hire only certified  Doctors. There have been too many late diagnosis on terminal illnesses, and some have died as a result of it._

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __25th__ day of __June__, 2__008__.

_Kevin E. Jamison_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

# Certificate of Service

I, _Kevin E. Jamison_, hereby certify that I have served a true and correct cop(ies) of the attached: _____

_____ upon the following parties/person (s):

TO: (Warden) Phelps
Vaughn Correctional Center
1181 Paddock Rd.
Smyrna, DE. 19977

TO: Bonnie Moore
Vaughn Correctional Center
1181 Paddock Rd.
Smyrna, DE. 19977

TO: Tracy Wilkins
Delaware Regional Office
1201 College Park Dr. Suite 101
Dover, DE. 19904

TO: Correctional Medical Services
Delaware Regional Office
1201 College Park Dr. Suite 101
Dover, DE. 19904

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 25th day of June, 2008

## Certificate of Service — Continued

To: Lisa Dangelo Sugar
Vaughn Correctional Center
1181 Paddock Rd.
Smyrna, DE. 19977

To: Louise Desrosiers
Vaughn Correctional Center
1181 Paddock Rd.
Smyrna, DE. 19977

To: Mehdy Zarandy
Vaughn Correctional Center
1181 Paddock Rd.
Smyrna, DE. 19977

I/M: Kevin E. Jamison
SBI# 250217   UNIT (23) A-U-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Relig

$04.80
JUN 27 2008
MAILED FROM ZIP CODE 19977

(Clerk) U.S. District Court
Lockbox 18
844 N. King St.
Wilm, DE. 19801