IN THE UNITED STATES DISTRICT Court

FOR THE DISTRICT OF DELAWARE

July 17, 2008

KEVIN E. JAMISON
    Plaintiff

v.

Phelps et al
    Defendants

Civil Action No. 08-395-GMS

Motion to be declared indigent.

Plaintiff swears under oath that he is currently unemployed, has a negative balance on his account at the facility, has fines and court cost, and child support.

I do by swear that the information I have provided on this 17th day of July 2008 is true and accurate.

Kevin E. Jamison

*Kevin E. Jamison*



FILED
JUL 21 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Kevin E. Jamison
SBI# 250217   UNIT(23) A-4-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570